No. 96–7151. LEWIS v. UNITED STATES. C. A. 5th Cir. [Certiorari granted, *ante*, p. 1209.] The order granting the petition for writ of certiorari is amended to read: Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the following question: "Whether petitioner was properly charged and convicted for the murder of her four-year-old stepdaughter under the Assimilative Crimes Statute, 18 U. S. C. § 13, and the Louisiana child murder statute, La. Rev. Stat. Ann. § 14:30(A)(5) (West 1986), and if not, whether the sentence was proper?"

MAY 19, 1997

No. 96–538. FROST ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Johnson* v. *United States*, *ante*, p. 461.

No. 96–1089. UNITED STATES v. KEYS. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Johnson* v. *United States*, *ante*, p. 461.

No. 96–1323. CITY OF SANTA ANA v. HERNANDEZ ET AL.; and No. 96–1516. HERNANDEZ ET AL. v. CITY OF SANTA ANA. C. A. 9th Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Auer* v. *Robbins*, 519 U. S. 452 (1997). Reported below: 94 F. 3d 651.

No. 96–6348. McKINNEY v. UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Johnson* v. *United States*, *ante*, p. 461.

No. A–416. WRIGHT v. UNITED STATES. Application for bail, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. M–79. RUSSELL v. CITY OF BRYAN. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.